```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 04410
   RONALD J ROGGERO
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6682
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/27/08 and confirmed on 06/24/08.

2. The case was dismissed after confirmation, 01/09/2009.

3. The Debtor paid a total of $  4950.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 2510.14 | .00 | 884.77 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 1200.00 | 6.88 | 1200.00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 3806.80 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 6479.98 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 642.99 | .00 | .00 |
| CENTRAL BANK ILLINOIS | UNSECURED | 18306.45 | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 33108.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1473.09 | .00 | .00 |
| EUREKA SAVINGS | UNSECURED | 2027.90 | .00 | .00 |
| FIRST STATE BANK OF MEND | UNSECURED | 6316.80 | .00 | .00 |
| MENDOTA COMMUNITY HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | 2277.28 | .00 | .00 |
| HOSPITAL RADIOLOGY | UNSECURED | 134.93 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 271.67 | .00 | .00 |
| LHR COLLECTION | UNSECURED | 1707.20 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 948.41 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MENDOTA COMMUNITY HOSPIT | UNSECURED | 1488.01 | .00 | .00 |

```
MERRICK BANK              UNSECURED         932.70              .00           .00
NATIONAL BANK & TRUST SY  UNSECURED       45692.97              .00           .00
NICOR GAS                 UNSECURED      NOT FILED              .00           .00
R&R FORD MERCURY          UNSECURED      NOT FILED              .00           .00
RSGGE                     UNSECURED      NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         565.48              .00           .00
SFC CENTRAL BANKRUPTCY    UNSECURED         498.43              .00           .00
SHORT TERM LOAN           UNSECURED        3558.50              .00           .00
TCF NATIONAL BANK         UNSECURED      NOT FILED              .00           .00
CASH STORE                UNSECURED      NOT FILED              .00           .00
KENNETH R MCEVOY          UNSECURED      NOT FILED              .00           .00
AFNI/VERIZON              UNSECURED         214.05              .00           .00
WILL COUNTY STATES ATTOR  SPECIAL CLASS  NOT FILED              .00           .00
WORLD ACCEPTANCE CORP     UNSECURED        1575.00              .00           .00
ILLINOIS DEPT REVENUE     UNSECURED         556.90              .00           .00
ILLINOIS VALLEY COMMUNIT  UNSECURED        1049.46              .00           .00
COLLECTION PROFESSIONALS  UNSECURED         558.90              .00           .00
SUN LOAN OTTAWA IL        UNSECURED        1735.15              .00           .00
ST MARGARETS HOSPITAL     UNSECURED          46.36              .00           .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  3710.14       3806.80    132166.61         .00     139683.55
PRINCIPAL PAID      2084.77           .00          .00         .00       2084.77
INTEREST PAID          6.88           .00          .00         .00           6.88
TOTAL PAID          2091.65           .00          .00         .00       2091.65
```

The Debtor's attorney, SCHEINBAUM & WEST              , was allowed $   3500.00
and was paid $    926.00   direct and $   2574.00   through the plan.

The Trustee received $    284.35 .

Refunds to the Debtor totaled $        .00 .




Dated: 03/12/09                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
   CASE NO. 08 B 04410 RONALD J ROGGERO
```